UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR POLICY ANALYSIS ON TRADE AND HEALTH (CPATH), CALIFORNIA PUBLIC HEALTH ASSOCIATION-NORTH (CPHA-N), CHINESE PROGRESSIVE ASSOCIATION (CPA), PHYSICIANS FOR SOCIAL RESPONSIBILITY (PSR), AND AMERICAN NURSES ASSOCIATION (ANA),<br><br>PLAINTIFFS<br><br>v.<br><br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>DEFENDANTS. | Case No. 05-05177 MJJ<br><br>**~~PROPOSED~~** ORDER |

Upon consideration of the parties' Joint Stipulation Re Briefing Schedule for Defendants' Motion to Dismiss, it is hereby

ORDERED that Plaintiffs' Opposition shall be filed on or before March 31, 2006; and

ORDERED that Defendants' Reply shall be filed on or before April 28, 2006; and

FURTHER ORDERED that the hearing on Defendants' motion to dismiss shall be held on May 23, 2006 at 9:30am.

SO ORDERED.

Dated: 2/23/2006

_____
UNITED STATES DISTRICT COURT JUDGE

---
*CPATH v. Office of the United States Trade Representative*     Case No. 05-05177 JCS
Joint Stipulation Re Briefing Schedule