# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR POLICY ANALYSIS ON TRADE AND HEALTH (CPATH), CALIFORNIA PUBLIC HEALTH ASSOCIATION-NORTH (CPHA-N), CHINESE PROGRESSIVE ASSOCIATION (CPA), PHYSICIANS FOR SOCIAL RESPONSIBILITY (PSR), AND AMERICAN NURSES ASSOCIATION (ANA),<br><br>PLAINTIFFS<br><br>v.<br><br>OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>DEFENDANTS. | Case No. 05-05177 MJJ<br><br>~~PROPOSED~~ ORDER |

Upon consideration of the parties' Joint Stipulation Re ADR Multi-Option Program, it is hereby

ORDERED that the parties have until June 19, 2006 to meet and confer about the ADR process selection; and

FURTHER ORDERED that the parties shall file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before June 19, 2006.

SO ORDERED.

Dated: 4/5/2006

_____
UNITED STATES DISTRICT COURT JUDGE

---

*CPATH v. Office of the United States Trade Representative*  Case No. 05-05177 MJJ
Joint Stipulation Re ADR Multi-Option Program